IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SKYWORKS, LTD., CEDARWOOD VILLAGE APARTMENTS I & II OWNER B, LLC; MONARCH INVESTMENT AND MANAGEMENT GROUP, LLC; TOLEDO PROPERTIES OWNER B, LLC; and NATIONAL ASSOCIATION OF HOME BUILDERS,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION; ROCHELLE P. WALENSKY, in her official capacity as Director, Centers for Disease Control and Prevention; SHERRI A. BERGER, in her official capacity as Acting Chief of Staff, Centers for Disease Control and Prevention; DEPARTMENT OF HEALTH AND HUMAN SERVICES; NORRIS COCHRAN, in his official capacity as acting Secretary of Health and Human Services; MONTY WILKINSON, in his official capacity as Acting Attorney General of the United States,[1]<br><br>Defendants. | Case No. 5:20-cv-02407-JPC<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order of December 23, 2020, the parties file the following joint status report:

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), automatic substitutions are made for the following defendants sued in their official capacities: Rochelle P. Walensky, Director, Centers for Disease Control and Prevention, for Robert R. Redfield; Sherri A. Berger, Acting Chief of Staff for Centers for Disease Control and Prevention, for Nina B. Witkovsky; Norris Cochran, Acting Secretary of Health and Human Services, for Alex Azar; and Monty Wilkinson, Acting United States Attorney General, for William P. Barr.

Congress's extension of the Centers for Disease Control and Prevention (CDC) Order at issue here, *see* Temporary Halt in Residential Evictions To Prevent the Further Spread of COVID-19, 85 Fed. Reg. 55292 (Sept. 4, 2020), which became law on December 27, 2020, is set to expire on January 31, 2021. *See* Consolidated Appropriations Act, 2021, Pub. L. No. 116-260, div. N, tit. V, § 502, 134 Stat. 1182, 2079 (2020). On January 20, 2021, CDC Director Dr. Rochelle Walensky, issued the following media statement: "As a protective public health measure, I will extend the current order temporarily halting residential evictions until at least March 31, 2021." Media Statement, Centers for Disease Control and Prevention, Media Statement from CDC Director Rochelle P. Walensky, MD, MPH, on Extending the Eviction Moratorium (Jan. 20, 2021), https://www.cdc.gov/media/releases/2021/s0121-eviction-moratorium.html. An extension has not yet issued.

Accordingly, the parties propose that they submit another joint status report on Tuesday, February 2, 2021. This will give the parties an opportunity to review any extension that issues and to discuss whether and to what extent further briefing on Plaintiffs' motion for preliminary injunction, or some other course of action in this case, may be necessary or advisable.

DATED:  January 27, 2021.

Respectfully submitted:

/s/ Steven M. Simpson
STEVEN M. SIMPSON*
DC Bar No. 462553
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, VA, 22201
Tel: (202) 888-6881
SSimpson@pacificlegal.org

MAURICE A. THOMPSON
(0078548)
1851 Center for Constitutional Law
122 E Main St.
Columbus, OH 43215
Tel: (614) 340-9817
Mthompson@ohioconstitution.org

LUKE A. WAKE*
DC Bar No. 1009181
ETHAN W. BLEVINS*
Washington State Bar No. 48219
HANNAH SELLS MARCLEY*
Washington State Bar No. 52692
Pacific Legal Foundation
930 G Street
Sacramento CA 95814
Tel: (916) 419-7111
Fax: (916) 419-7747
LWake@pacificlegal.org
EBlevins@pacifclegal.org
HMarcley@pacificlegal.org

*Pro Hac Vice

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

/s/ Leslie Cooper Vigen
LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)
STEVEN A. MYERS
Senior Trial Counsel (NY No. 482043)
United States Department of Justice
Civil Division, Federal Programs Branch
1101 L Street, NW
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
Leslie.vigen@usdoj.gov

*Counsel for Defendants*