# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SKYWORKS, LTD, *et al.*, | ) | Case No. 5:20-cv-2407 |
| | ) | |
| Plaintiffs, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Carmen E. Henderson |
| CENTERS FOR DISEASE | ) | |
| CONTROL AND PREVENTION, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AMENDED JUDGMENT

For the reasons set forth in its separate Opinion and Order entered on March 10, 2021, the Court concludes that the Centers for Disease Control and Prevention exceeded the scope of its authority under Section 361(a) of the Public Health Services Act, 42 U.S.C. § 264(a), by adopting and enforcing a nationwide eviction moratorium in orders dated September 4, 2020, January 29, 2021, and March 31, 2021. Because these orders exceed the CDC's statutory authority, the Court declares that they are invalid. This amended judgment binds the parties, including their respective members, wherever they may be.

**SO ORDERED.**

Dated: June 3, 2021

*J. Philip Calabrese*
J. Philip Calabrese
United States District Judge
Northern District of Ohio

2