IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SKYWORKS, LTD., et al., | Case No. 5:20-cv-02407-JPC |
| Plaintiffs, | |
| v. | JUDGE J. PHILIP CALABRESE |
| CENTERS FOR DISEASE CONTROL AND PREVENTION, et al., | MAGISTRATE JUDGE CARMEN E. HENDERSON |
| Defendants. | |

**NOTICE OF CHANGE OF ADDRESS**

TO:  The Clerk of this Court and All Counsel of Record

YOU ARE HEREBY NOTIFIED that the address for Luke A. Wake and Ethan W. Blevins counsel for plaintiffs has changed effective immediately to the following:

**Pacific Legal Foundation**
**555 Capitol Mall, Suite 1290**
**Sacramento, CA 95814**

The telephone and email address will remain the same. Please ensure that all pleadings and correspondence are directed to the undersigned at the new location, effective immediately.


DATED: October 13, 2021.

Respectfully submitted:

*/s/ Steven M. Simpson*
STEVEN M. SIMPSON*
DC Bar No. 462553
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, VA 22201
Tel: (202) 888-6881
SSimpson@pacificlegal.org

MAURICE A. THOMPSON
(0078548)
1851 Center for Constitutional Law
122 E Main St.
Columbus, OH 43215
Tel: (614) 340-9817
Mthompson@ohioconstitution.org

LUKE A. WAKE*
DC Bar No. 1009181
ETHAN W. BLEVINS*
Washington State Bar No. 48219
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
Fax: (916) 419-7747
LWake@pacificlegal.org
EBlevins@pacifclegal.org

*Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 13, 2021, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

                                            /s/ *Steven M. Simpson*
                                            STEVEN M. SIMPSON