IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SKYWORKS, LTD., et al., | Case No. 5:20-cv-02407-JPC |
| Plaintiffs, | |
| v. | JUDGE J. PHILIP CALABRESE |
| CENTERS FOR DISEASE CONTROL AND PREVENTION, et al., | MAGISTRATE JUDGE CARMEN E. HENDERSON |
| Defendants. | |

**PLAINTIFF SKYWORKS' NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES**

On October 4, 2021, Plaintiff Skyworks filed a Motion for Attorneys' Fees, Dkt. No. 73, 74. The parties have since reached a settlement regarding fees. Plaintiff Skyworks now files this Notice to inform the Court that it is withdrawing its previously filed Motion for Attorneys' fees.

DATED: December 10, 2021

Respectfully submitted:

/s/ Steven M. Simpson
STEVEN M. SIMPSON*
DC Bar No. 462553
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, VA, 22201
Tel: (202) 888-6881
SSimpson@pacificlegal.org

MAURICE A. THOMPSON
(0078548)
1851 Center for Constitutional Law
122 E Main St.
Columbus, OH 43215
Tel: (614) 340-9817
Mthompson@ohioconstitution.org

LUKE A. WAKE*
DC Bar No. 1009181
ETHAN W. BLEVINS*
Washington State Bar No. 48219
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento CA 95814
Tel: (916) 419-7111
Fax: (916) 419-7747
LWake@pacificlegal.org
EBlevins@pacifclegal.org

*Pro Hac Vice

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 10, 2021, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

                                                        By  */s/ Steven M. Simpson*
                                                            STEVEN M. SIMPSON