# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SKYWORKS, LTD., *et al.*, | |
| Plaintiffs, | Case No. 5:20-cv-2407 |
| v. | Judge J. Philip Calabrese |
| CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*, | Magistrate Judge Carmen E. Henderson |
| Defendants. | |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report in compliance with the Court's Order of November 19, 2021. As set out in Plaintiff Skyworks' Notice of Withdrawal of Motion for Attorneys' Fees, *see* ECF No. 80, the parties have reached a settlement regarding fees, and Plaintiff Skyworks has withdrawn its motion. As a result, no further proceedings are necessary with respect to the motion.

Dated: December 13, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Steven A. Myers*
STEVEN A. MYERS
Senior Trial Counsel (NY Bar No. 4823043)
JOHN ROBINSON
Trial Attorney (D.C. Bar No. 1044072)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8648

Fax: (202) 616-8470
E-mail: steven.a.myers@usdoj.gov

*Counsel for Defendants*

/s/ *Steven M. Simpson*
STEVEN M. SIMPSON*
DC Bar No. 462553
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, VA, 22201
Tel: (202) 888-6881
SSimpson@pacificlegal.org

MAURICE A. THOMPSON
(0078548)
1851 Center for Constitutional Law
122 E Main St.
Columbus, OH 43215
Tel: (614) 340-9817
Mthompson@ohioconstitution.org

LUKE A. WAKE*
DC Bar No. 1009181
ETHAN W. BLEVINS*
Washington State Bar No. 48219
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento CA 95814
Tel: (916) 419-7111
Fax: (916) 419-7747
LWake@pacificlegal.org
EBlevins@pacifclegal.org
*Pro Hac Vice

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify I served this document today by filing it using the Court's CM/ECF system, which will automatically notify all counsel of record.

Dated: December 13, 2021

                                                            */s/ Steven A. Myers*
                                                             Steven A. Myers